COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:        01-16-00111-CV

Style:        In re Kurtz Properties, Ltd., A Texas Limited Partnership, and Houston
             Foam Plastics, Inc.

Date motion filed*:   March 15, 2016

Type of motion:      Unopposed Motion of Real Party in Interest to Extend Deadline for
                    Response to Petition for Writ of Mandamus

Party filing motions:  Real Party in Interest Harris County

Document to be filed:  Response

Is appeal accelerated?      Yes (original proceeding).

If motion to extend time:
        Original due date:              March 17, 2016
        Number of extensions granted:      0          Current Due Date:  March 17, 2016
        Date Requested:                 April 1, 2016

Ordered that motion is:
        ☑    Granted
                If document is to be filed, document due:  April 1, 2016.
        ☐ Denied
        ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
        ☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
                    ☒  Acting individually

Date:  March 17, 2016